IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$21,446.00 IN U.S. CURRENCY,

    Defendant.

Case No. 22-cv-1598 (JRT/TNL)

**VERIFIED CLAIM**

---

**VERIFIED CLAIM OF AUGUSTUS NICK PHILLIPS JR.**

I, August Nick Phillips Jr. of Coon Rapids, Minnesota, do hereby file my verified claim for the $21,446.00 in U.S. Currency in the above-referenced case, which was seized from me at the Minneapolis-Saint Paul International Airport (MSP) on January 24, 2022.

I am the lawful owner of this money, which is my personal savings that I earned while working and from unemployment compensation received during the COVID-19 pandemic, as well as money saved from graduation gifts.

I am currently unrepresented in this matter and am filing this verified claim *pro se*.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 26, 2022.

Signed: [signature]

Augustus Nick Phillips, Jr.
9709 Butternut St. NW
Coon Rapids, MN 55448
(763) 203-0368
Nickphillipsjr28@gmail.com

SCANNED
JUL 27 2022
U.S. DISTRICT COURT MPLS

RECEIVED
JUL 27 2022
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA